UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT




NOV 7 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RYON LESLIE ROOT,<br><br>Petitioner-Appellant,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Respondent-Appellee. | No. 23-55806<br><br>D.C. No.<br>8:23-cv-00070-CJC-ADS<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Appellant's motion to dismiss this appeal (Docket Entry No. 9) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Roxane Ashe
Circuit Mediator